**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-7719**

─────────

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

        versus

CHRISTOPHER K. WILLIAMS,

                            Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Jerome B. Friedman, District Judge.  (CR-98-34, CA-00-38-4)

─────────

Submitted:  February 15, 2002          Decided:  March 11, 2002

─────────

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Christopher K. Williams, Appellant Pro Se.  James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher K. Williams appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See <u>United States v. Williams</u>, Nos. CR-98-34; CA-00-38-4 (E.D. Va. Aug. 7, 2001; Sept. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although we disagree with the district court's conclusion that the motion for reconsideration was not timely filed, Fed. R. Civ. P. 6(a), 52(b), the district court alternately concluded, and we agree, that the motion was meritless.